# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | AGENT TO ARREST |
| Christopher W. Burns | Case Number:  1:20-MJ-0906 |

TO:   The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher W. Burns

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with:  On or about September 1, 2020, in the Northern District of Georgia and elsewhere, the defendant knowingly devised and participated in a scheme and artifice to defraud, for the purpose of obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to know that the pretenses, representations, promises, and omissions were and would be material, the defendant caused to be delivered by a private and commercial interstate carrier according to the direction thereon a cashier's check for $250,000 addressed to Investus Financial in Berkeley Lake, Georgia,

in violation of 18, United States Code, Section(s) 1341.

| | |
|---|---|
| CHRISTOPHER C. BLY | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |

Issued pursuant to Federal Rule of Criminal Procedure 4.1.

| | |
|---|---|
| *[signature]* | October 23, 2020  Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____   by_____
                                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____   _____
                                                                    Name and Title of Arresting Officer
Date of Arrest:_____    _____
                                                                    Signature of Arresting Officer